DOMINICKA SMOLSKA, APPELLANT, v. COURT OF COMMON PLEAS OF HUDSON COUNTY ET AL., RESPONDENTS.

Submitted May 26, 1928—Decided October 15, 1928.

For the appellant, *Raskin, Hornstein & Raskin*.

For the respondents, *Kellogg & Chance*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, PARKER, MINTURN, BLACK, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.